

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00084-CV

| | | |
|---|---|---|
| William D. Layton | § | From the 141st District Court |
| v. | § | of Tarrant County (141-265436-13) |
| City of Fort Worth, City of Fort Worth Employees' Retirement Fund, and Board of City of Forth Worth Employees' Retirement Fund | § | December 11, 2014 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant William D. Layton shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier